IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02320-WDM-BNB

JOSEPH GARCIA,

Plaintiff,

v.

OVERLAND SOLUTIONS, INC., and
AL LOVE,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **August 17, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 3, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge