IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02320-WDM-BNB

JOSEPH GARCIA,

Plaintiff,

v.

OVERLAND SOLUTIONS, INC., and
AL LOVE,

Defendants.

_____

# ORDER

_____

This matter is before me on the parties' **Stipulated Motion for Amendment of Scheduling Order** [Doc. # 39, filed 8/1/2007] (the "Motion").  A resolution of the case was reached at a settlement conference held today.  Accordingly,

IT IS ORDERED that the Motion is DENIED as moot.

Dated August 6, 2007.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge