IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02320-WDM-BNB

JOSEPH GARCIA,

    Plaintiff,

v.

OVERLAND SOLUTIONS, INC., et al.,

    Defendants.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to dismiss (doc. no. 13) is denied without prejudice given the notice of settlement.

Dated:  August 6, 2007

                                    s/ Jane Trexler, Judicial Assistant